AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

Eastern    District of    Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br><br>RICHARD BROWN<br>*Defendant* | )<br>)    Case No.    26-30<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    RICHARD BROWN                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
18:922(g)(1) - POSSESSION OF A FIREARM BY A FELON

Date:    01/15/2026

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

/S/ THOMAS GIAMBRONE, DEPUTY CLERK
*Issuing officer's signature*

City and state:    PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/16/26, and the person was arrested on *(date)* 01/22/26
at *(city and state)* 5828 MARKET STREET PHILA PA.

Date: 01/22/26

*Arresting officer's signature*

TFO CRAIG FIFE
*Printed name and title*